**EXHIBIT A**

IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GRADY BOLTON | § | |
|     PLAINTIFF | § | 1:17cv00077 |
| | § | |
| V. | § | |
| | § | |
| CITY OF AUSTIN, ET AL. | § | |
| | § | |
|     DEFENDANT | § | |

### AFFIDAVIT OF KIMBERLY M. BUSTOS

I Kimberly M. Bustos, hereby declare, under penalty of perjury, the following:

1. I am a Master Peace Officer with over 20 years of law enforcement experience.

2. I have worked as a patrol officer for the cities of Overton, Texas; Canton, Texas; Wills Point, Texas; and Seagoville, Texas.

3. I served as a Sergeant/Detective for the city of Seagoville, Texas.

4. I then went to work for the Office of the Attorney General as a State Police Officer in the Criminal Investigation Division. I began in the position of Sergeant, and then was promoted to Lieutenant and ultimately to the position of Captain.

5. I served as a Captain and as the Commander for the Internet Crimes Against Children division for three years.

6. In addition to the above, I worked as a private investigator for A.J. Keirn Investigations, LLC, from December 2015 to January 2018, at which time, I opened my own firm, PI Jak Investigations.

7. I also worked as a Commissioned Security Officer for Seton Hospital North West/Dell Children's in Austin, Texas in both 2016 and 2017.

8. I obtained the position of Reserve Police Officer for Liberty Hill, Texas in November 2016, and continue to hold that position today.

9. In my career in law enforcement, I have studied and attended seminars on the issues of policies and procedures, use of force, Taser deployment, ASP certification, reasonable suspicion, probable cause, police supervision, law enforcement training, patrol procedures, constitutional law, firearms and officer safety.

10. I have also instructed classes in the areas of arrest, search and seizure, forensics, search warrants, investigations, evidence procedures and several other types of training.

11. I have security clearance from the Federal Bureau of Investigations, specialized SWAT training, including entry, weapons safety and takedowns. I have special weapons and tactics training, and a certificate for Advanced Hostage Negotiation.

12. Despite Defendants' contentions that I have not worked in large crowds, I have worked in a number of crowd control events. In addition to crowd control as a police officer, I have also worked private events. Some of those private events include the Austin Rodeo, Walmart on Black Friday, the Austin Republic of Texas Motorcycle Rally, University of Texas tailgate parties, parking lot security for various bars and grills, July 4th festivals, private security for Matthew McConaughey, and private security for Dorothy Paul.

13. In addition, although Seagoville, Texas appears to be a "small town", it is actually a suburb of Dallas and had a high crime rate during my tenure there from 1998 to 2004. City-Data.com reveals that Seagoville had a higher crime rate than the United States average in 2002, 2003, and 2004. It had a higher rate of rapes, burglaries, assaults and thefts than the United States Average in 2002, 2003, and 2004. It also had a higher rate of murder than the United States average in 2003. See http://www.city-

data.com/crime/crime-Seagoville-Texas.html, a copy of which is attached hereto as **Exhibit A**. My time spent working in this precinct gave me experience dealing with dangerous situations.

14. I have experience testifying before the grand jury for felony offenses when I worked in Seagoville and for child exploitation and human trafficking offenses when I worked for the Office of the Attorney General.

15. My opinion that the officers used excessive force is based on my experience as a law enforcement officer and my experience in crowd control. I have dealt with large, unruly, and drunk crowds a number of times. I understand what the Defendants were seeing and experiencing on Sixth Street on the night in question.

16. My opinion is also based on my review of the evidence, including the officers' reports, Interrogatories, Notice to Produce, Requests for Admissions, and the depositions of Michael Nguyen and Manuel Jimenez. I will note that I incorrectly advised Defendants' attorney that I did not review the Interrogatories, Notice to Produce and Requests for Admissions in this matter. This is only because although I am experienced and knowledgeable in the area of use of force and have testified in court, I am new to the legal terminology and did not understand what she was asking. I reviewed all of the documents in the Plaintiff's discovery folder, which was provided to me. However, the titles of those specific documents were new to me and I did not specifically remember them. I also reviewed all of the documents produced by Defendants and Plaintiff in this matter, including police reports and medical records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of March, 2018.

*Kimberly M. Bustos*
By: Kimberly M. Bustos

State of Texas
County of Travis

*Davy Chen*   3/12/2018

DAVY CHEN
Notary ID #125283183
My Commission Expires
April 29, 2021

4

3/12/2018　Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 6 of 19



submit

[All Cities (/)](#)

 / [Texas (/city/Texas.html)](#), [Texas smaller cities (/city/Texas2.html)](#), [Texas small towns (/city/Texas3.html)](#)

 / [Seagoville main page (/city/Seagoville-Texas.html)](#)   / [US Crime (index.html)](#)

 / Crime rate in Seagoville, Texas (TX)

# Crime rate in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police officers, crime map

## Arrest Records: 2 Secrets
Find Addresses, Phone Numbers, Felonies, Traffic Records, DUIs and Much More! instantcheck

Follow city-data.com founder on our
**Forum (http://www.city-data.com/forum/search.php?do=finduser&u=2173187)** or
Follow

3/12/2018 Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 7 of 19

| | Crime rate legend | | | | |
|---|---|---|---|---|---|
| | 50 | 200 | 500 | 1000 | 1000+ |

Leaflet (http://leafletjs.com) | Data, imagery and map information provided by CartoDB (https://carto.com/), OpenStreetMap (http://www.openstreetmap.org/) and contributors, CC-BY-SA (http://creativecommons.org/licenses/by-sa/2.0/)

## Crime rates in Seagoville by year

| Type | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 20.. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Murders** (per 100,000) | 0 (0.0) | 2 (17.8) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (8.4) | 2 (16.5) | 0 (0.0) | (6 |
| **Rapes** (per 100,000) | 10 (88.5) | 6 (53.3) | 6 (53.6) | 4 (35.5) | 2 (17.5) | 3 (26.2) | 1 (8.4) | 1 (8.2) | 0 (0.0) | (1 |
| **Robberies** (per 100,000) | 9 (79.6) | 14 (124.3) | 12 (107.1) | 10 (88.9) | 12 (105.0) | 14 (122.2) | 8 (67.4) | 10 (82.4) | 5 (40.2) | (5 |

| City-data.com crime index (higher means more crime, U.S. average = 280.5) | 435.2 | 520.3 | 463.2 | 460.2 | 370.0 | 390.7 | 299.3 | 346.5 | 253.8 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 8 of 19

| Type | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Assaults** (per 100,000) | 32 (283.1) | 34 (301.8) | 36 (321.3) | 42 (373.2) | 24 (210.0) | 28 (244.5) | 19 (160.1) | 20 (164.8) | 8 (64.3) | (2 |
| **Burglaries** (per 100,000) | 128 (1,132.3) | 153 (1,358.1) | 138 (1,231.7) | 169 (1,501.8) | 152 (1,330.2) | 158 (1,379.7) | 136 (1,146.0) | 132 (1,087.9) | 158 (1,270.5) | 1 (96 |
| **Thefts** (per 100,000) | 338 (2,990.1) | 416 (3,692.5) | 402 (3,588.0) | 436 (3,874.5) | 387 (3,386.7) | 339 (2,960.2) | 299 (2,519.6) | 417 (3,436.9) | 327 (2,629.5) | 3 (2,0 |
| **Auto thefts** (per 100,000) | 88 (778.5) | 105 (932.0) | 98 (874.7) | 99 (879.8) | 77 (673.8) | 99 (864.5) | 63 (530.9) | 54 (445.1) | 54 (434.2) | (36 |
| **Arson** (per 100,000) | 0 (0.0) | 1 (8.9) | 2 (17.9) | 1 (8.9) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | (0 |
| **City-data.com crime index** (higher means more crime, U.S. average = 280.5) | 435.2 | 520.3 | 463.2 | 460.2 | 370.0 | 390.7 | 299.3 | 346.5 | 253.8 | 22 |

City-data.com crime rate counts serious crimes and violent crime more heavily. It adjusts for the number of visitors and daily workers commuting into cities.

According to our research of Texas and other state lists there **were 42 registered sex offenders** living in Seagoville, Texas (/so/so-Seagoville-Texas.html) as of March 12, 2018.
The ratio of number of residents in Seagoville to the number of sex offenders is 383 to 1.

3/12/2018    Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS    Document 41-1    Filed 03/12/18    Page 9 of 19

**City-Data.com crime index in Seagoville, TX compared to other U.S. cities:**

See how dangerous Seagoville, TX is compared to nearest cities:

(Note: Higher means more crime)



Higher than in 59.4 % U.S. cities

| | |
|---|---|
| **Seagoville**: | 185.9 |
| Crandall (crime-Crandall-Texas.html): | 146.5 |
| Balch Springs (crime-Balch-Springs-Texas.html): | 362.5 |
| Forney (crime-Forney-Texas.html): | 123.8 |
| Wilmer (crime-Wilmer-Texas.html): | 212.4 |
| Hutchins (crime-Hutchins-Texas.html): | 413.5 |
| Mesquite (crime-Mesquite-Texas.html): | 321.2 |
| Ferris (crime-Ferris-Texas.html): | 222.6 |
| Lancaster (crime-Lancaster-Texas.html): | 358.5 |

Violent crime rate in 2016
Seagoville:        52.8
U.S. Average:        216.0

Property crime rate in 2016
Seagoville:        291.9
U.S. Average:        216.6

Violent crime rate in 2015
Seagoville:        91.1
U.S. Average:        208.5

Property crime rate in 2015
Seagoville:        308.5
U.S. Average:        221.5

Violent crime rate in 2014
Seagoville:        79.8
U.S. Average:        200.7

Property crime rate in 2014
Seagoville:        319.0
U.S. Average:        230.8

Violent crime rate in 2013
Seagoville:        25.6
U.S. Average:        204.3

Property crime rate in 2013
Seagoville:        376.6
U.S. Average:        250.4

3/12/2018    Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 10 of 19

| Violent crime rate in 2012 | | Property crime rate in 2012 | |
|---|---|---|---|
| Seagoville: | 68.5 | Seagoville: | 375.0 |
| U.S. Average: | 214.5 | U.S. Average: | 267.3 |

| Violent crime rate in 2011 | | Property crime rate in 2011 | |
|---|---|---|---|
| Seagoville: | 66.0 | Seagoville: | 350.6 |
| U.S. Average: | 214.1 | U.S. Average: | 273.5 |

| Violent crime rate in 2010 | | Property crime rate in 2010 | |
|---|---|---|---|
| Seagoville: | 52.3 | Seagoville: | 450.7 |
| U.S. Average: | 223.2 | U.S. Average: | 276.4 |

| Violent crime rate in 2009 | | Property crime rate in 2009 | |
|---|---|---|---|
| Seagoville: | 164.8 | Seagoville: | 456.2 |
| U.S. Average: | 238.0 | U.S. Average: | 285.6 |

| Violent crime rate in 2008 | | Property crime rate in 2008 | |
|---|---|---|---|
| Seagoville: | 139.0 | Seagoville: | 434.8 |
| U.S. Average: | 252.4 | U.S. Average: | 302.2 |

| Violent crime rate in 2007 | | Property crime rate in 2007 | |
|---|---|---|---|
| Seagoville: | 209.6 | Seagoville: | 553.6 |
| U.S. Average: | 259.7 | U.S. Average: | 309.2 |

| Violent crime rate in 2006 | | Property crime rate in 2006 | |
|---|---|---|---|
| Seagoville: | 175.0 | Seagoville: | 536.4 |
| U.S. Average: | 264.1 | U.S. Average: | 317.3 |

| Violent crime rate in 2005 | | Property crime rate in 2005 | |
|---|---|---|---|
| Seagoville: | 266.6 | Seagoville: | 626.1 |
| U.S. Average: | 258.9 | U.S. Average: | 322.3 |

| Violent crime rate in 2004 | | Property crime rate in 2004 | |
|---|---|---|---|
| Seagoville: | 282.5 | Seagoville: | 587.7 |
| U.S. Average: | 256.0 | U.S. Average: | 327.4 |

| Violent crime rate in 2003 | | Property crime rate in 2003 | |
|---|---|---|---|
| Seagoville: | 318.5 | Seagoville: | 628.9 |
| U.S. Average: | 262.6 | U.S. Average: | 334.1 |

| Violent crime rate in 2002 | | Property crime rate in 2002 | |
|---|---|---|---|
| Seagoville: | 284.7 | Seagoville: | 519.9 |
| U.S. Average: | 272.2 | U.S. Average: | 336.9 |

3/12/2018    Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 11 of 19





3/12/2018    Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 12 of 19









3/12/2018 Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS Document 41-1 Filed 03/12/18 Page 14 of 19





3/12/2018 Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 15 of 19



Full-time law enforcement employees in 2016, including police officers: 29 (20 officers).
Officers per 1,000 residents here:                1.24
Texas average:                1.80

Full-time law enforcement employees in 2015, including police officers: 32 (23 officers).
Officers per 1,000 residents here:                1.44
Texas average:                2.09

Full-time law enforcement employees in 2014, including police officers: 31 (22 officers).
Officers per 1,000 residents here:                1.40
Texas average:                2.02

Full-time law enforcement employees in 2013, including police officers: 29 (22 officers).
Officers per 1,000 residents here:                1.41
Texas average:                2.05

Full-time law enforcement employees in 2012, including police officers: 41 (29 officers).
Officers per 1,000 residents here:                1.89
Texas average:                1.95

Full-time law enforcement employees in 2011, including police officers: 29 (22 officers).
Officers per 1,000 residents here:                1.45
Texas average:                2.17

Full-time law enforcement employees in 2010, including police officers: 28 (21 officers).
Officers per 1,000 residents here:                1.69
Texas average:                2.20

3/12/2018 Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 16 of 19

Full-time law enforcement employees in 2009, including police officers: 29 (21 officers).
Officers per 1,000 residents here: 1.73
Texas average: 2.23

Full-time law enforcement employees in 2008, including police officers: 28 (20 officers).
Officers per 1,000 residents here: 1.69
Texas average: 2.17

Full-time law enforcement employees in 2007, including police officers: 27 (18 officers).
Officers per 1,000 residents here: 1.57
Texas average: 2.18

Full-time law enforcement employees in 2006, including police officers: 28 (20 officers).
Officers per 1,000 residents here: 1.85
Texas average: 2.13

Full-time law enforcement employees in 2005, including police officers: 29 (20 officers).
Officers per 1,000 residents here: 1.85
Texas average: 2.18

Full-time law enforcement employees in 2004, including police officers: 26 (19 officers).
Officers per 1,000 residents here: 1.76
Texas average: 2.19

Full-time law enforcement employees in 2003, including police officers: 23 (18 officers).
Officers per 1,000 residents here: 1.66
Texas average: 2.17

3/12/2018 Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS Document 41-1 Filed 03/12/18 Page 17 of 19

*Full-time Law Enforcement Employees in Seagoville*

*Full-time Law Enforcement Employees (per 1,000 residents)*

3/12/2018 Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS Document 41-1 Filed 03/12/18 Page 18 of 19

*Full-time Law Enforcement Employees (per 1,000 residents) - Officers*



*Full-time Law Enforcement Employees (per 1,000 residents) - Civilians*



| 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 |
|------|------|------|------|------|------|------|------|
| 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |      |

3/12/2018 Crime in Seagoville, Texas (TX): murders, rapes, robberies, assaults, burglaries, thefts, auto thefts, arson, law enforcement employees, police o…

Case 1:17-cv-00077-SS   Document 41-1   Filed 03/12/18   Page 19 of 19

*Crimes by type - 2016*



Zip codes: 75159 (/zips/75159.html).



Discuss Seagoville, Texas (TX) on our hugely popular Texas forum (/forum/texas/).

All Cities (/)

 / Texas (/city/Texas.html), Texas smaller cities (/city/Texas2.html), Texas small towns (/city/Texas3.html)

 / Seagoville main page (/city/Seagoville-Texas.html)   / US Crime (index.html)

 / Crime rate in Seagoville, Texas (TX)

City-data.com does not guarantee the accuracy or timeliness of any information on this site.  Use at your own risk.
Some parts © 2018 Advameg, Inc.