IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

GRADY BOLTON,
                Plaintiff,

-vs-                                                Case No. A-17-CA-077-SS

MANUEL JIMENEZ and MICHAEL NGUYEN,
                Defendants.

## ORDER

BE IT REMEMBERED on the 20th day of June 2018, the Court held a hearing in the above-styled cause[1] and the parties appeared in person or through counsel. Before the Court is Defendants Manuel Jimenez and Michael Nguyen's Motion for Spoilation Sanctions [#51] and Plaintiff Grady Bolton's Response [#44] in opposition. Having reviewed the documents, the evidence in the record, the arguments of counsel, the relevant law, and the file as a whole, the Court now enters the following orders confirming its oral pronouncements:

        IT IS ORDERED that is Defendants Manuel Jimenez and Michael Nguyen's Motion for Spoilation Sanctions [#51] is OVERRULED; and

        IT IS FINALLY ORDERED that Plaintiff Grady Bolton SHALL produce all versions, altered or unaltered, of the February 9, 2015 video within TEN (10) DAYS of the entry of the entry of this order.

SIGNED this the 20th day of June 2018.

                                                      /s/ Sam Sparks
                                                      SAM SPARKS
                                                      SENIOR UNITED STATES DISTRICT JUDGE

---

[1] As some defendants have been dismissed from this case, IT IS ORDERED the style of this cause is modified as presented above.

